Trinity Evangelical Lutheran Church et al.,
Appellants, *v.* Harrisburg City Council.

Argued November 15, 1971. Before JONES, EAGEN, O'BRIEN, ROBERTS and POMEROY, JJ.

reargument refused February 14, 1972.

*Joseph G. Manta,* with him *Peter J. Ressler, Nabors & Ressler,* and *LaBrum and Doak,* for appellant.

*Edward W. Rothman,* Assistant City Solicitor, and *Rod J. Pera,* with them *McNees, Wallace & Nurick,* for appellees.

OPINION PER CURIAM, December 20, 1971:

The order of this Court heretofore entered on August 9, 1971, granting appellants' petition for allowance of appeal is vacated as improvidently granted.

Mr. Chief Justice BELL and Mr. Justice BARBIERI took no part in the consideration or decision of this case.